Manufacturers Trust Company, as Successor by Merger to Mortgage Corporation of New York, Trustee under a Declaration of Trust for the Benefit of Certificate Holders in Guarantee No. 206,829 of Bond and Mortgage Guarantee Company, Respondent, *v.* Apex Holding Corp., Appellant, et al., Defendants.

Submitted July 11, 1951; decided July 11, 1951.

*Gerard I. Walters* for motion.

*Meyer Levy* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.